UNITED STATES COURT OF INTERNATIONAL TRADE
HONORABLE JUDGE TIMOTHY M. REIF

**MANIFEST**

**Court No. 23-cv-00253-TMR**
Jurisdiction: 28 USC § 1581(c)

**Oral Argument**
April 30, 2025 at 10:00 AM
Courtroom No. 1

*Vanguard Trading Company LLC*
*Plaintiff,*

v.

*United States,*
*Defendant.*

| **Party** | **Counsel** | **Firm** |
|---|---|---|
| Vanguard Trading Company LLC (Plaintiff) | David John Craven (videoconference)  Beixiao Robert Liu (videoconference) | Craven Trade Law LLC  Balance Law Firm |
| United States (Defendant) | Nico Gurian (in person)  Chelsea Reyes (in person) | U.S. Department of Justice  U.S. Customs and Border Protection |