## UNITED STATES COURT OF INTERNATIONAL TRADE

**VANGUARD TRADING COMPANY LLC,**

     Plaintiff,

v.

**UNITED STATES,**

     Defendant.

Before: Timothy M. Reif, Judge

Court No. 23-00253

### <u>JUDGMENT</u>

This case having been submitted for decision, and the court, after due deliberation, having rendered an opinion; now in conformity with that opinion, it is hereby

**ORDERED** that the Final Determination of evasion and the Review affirming the Final Determination by U.S. Customs & Border Protection are SUSTAINED; and it is further

**ORDERED** that judgment is entered for defendant.

<u>/s/    Timothy M. Reif</u>
Judge

Dated: <u>May 19, 2025</u>
    New York, New York