BEFORE:  THE HONORABLE TIMOTHY M. REIF, JUDGE

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| Vanguard Trading Company LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>United States,<br><br>　　　　　　Defendant. | Court No. 23-00253 |

**Response to Court Request on Bracketing in Slip Opinion**

Pursuant to the request of the Court, we have reviewed the confidential version of slip opinion 23-253.   With the exception of the following, we do not believe that the slip opinion contains any confidential information and thus can be released.

　　Page 27, Section 1, First Paragraph, Second Sentence.   The identification of the entity that prepared the lab test at issue should continue to be treated as confidential.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

　　　　　　　　　　　　　　　　　　/s/ David J. Craven

　　　　　　　　　　　　　　　　　　David J. Craven
　　　　　　　　　　　　　　　　　　Counsel to Vanguard Trading Company LLC

May 23, 2025　　　　　　　　　　　　Craven Trade Law LLC
　　　　　　　　　　　　　　　　　　3744 N Ashland
　　　　　　　　　　　　　　　　　　Chicago, IL 60613
　　　　　　　　　　　　　　　　　　(773) 245-4010
　　　　　　　　　　　　　　　　　　dcraven@craventrade.com