UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HON. TIMOTHY M. REIF, JUDGE

| | | |
|---|---|---|
| VANGUARD TRADING COMPANY LLC, | : | |
| Plaintiff, | : | Court No. 23-00253 |
| v. | : | |
| UNITED STATES, | : | |
| Defendant. | : | |

### DEFENDANT'S RESPONSE TO THE COURT'S MAY 19, 2025 LETTER

Defendant, the United States (Government), respectfully submits this response to the Court's May 19, 2025, letter (ECF No. 44) regarding confidential information contained in the Court's opinion in this case of the same date (ECF No. 42). The Government has no objection to plaintiff's request that the "identification of the entity that prepared the lab test at issue" remain confidential (ECF No. 45), and otherwise has no further requests that any changes be made to the opinion before it is released to the public.

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

PATRICIA M. McCARTHY
Director

BY:   /s/ Justin R. Miller
      JUSTIN R. MILLER
      Attorney-in-Charge

|  |  |
|---|---|
|  | International Trade Field Office |
|  |  |
|  | /s/ Nico Gurian |
|  | NICO GURIAN |
|  | Trial Attorney |
|  | Department of Justice, Civil Division |
|  | Commercial Litigation Branch |
|  | 26 Federal Plaza, Room 346 |
|  | New York, New York 10278 |
|  | Attorneys for Defendant |
| Dated May 27, 2025 | (212) 264-0583 or 9230 |